# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Anthony E. Martinez,

    Petitioner

v.

Brian Williams, Sr., et al.,

    Respondents

Case No.: 2:16-cv-00303-JAD-GWF

**Order**

A review of the court's docket shows that pro se petitioner Anthony E. Martinez's mailing address has disappeared. Because of this, he was not mailed a copy of my May 2, 2016, order instructing him that he would have 45 days after filing and service of the respondents' answer to file a reply. Respondents answered Martinez's petition on June 13, 2016, and Martinez, understandably, never replied.

Accordingly, the **Clerk of Court** is directed to **UPDATE Martinez's mailing address to:**

    Anthony E. Martinez, NDOC #1012200
    Southern Desert Correctional Center
    P.O. Box 208
    Indian Springs, NV 89070-0208

The **Clerk of Court** is also directed to **SEND to Martinez** a copy of the answer (ECF No. 5) and a copy of the docket sheet.

IT IS FURTHER ORDERED that **Martinez has until June 7, 2018, to FILE a reply** to the respondents' answer (ECF No. 5).

Dated: April 23, 2018

                                                       _____
                                                       U.S. District Judge Jennifer A. Dorsey